UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE:<br>JAMES T. COSTELLO<br>    DEBTOR | : CHAPTER 7<br>: CASE NO. 14-51156 |
| WELLS FARGO BANK, N.A.<br>    MOVANT<br>VS<br>JAMES T. COSTELLO<br>    DEBTOR<br>ROBERTA NAPOLITANO, TRUSTEE<br>    RESPONDENTS | : RE: ECF NO.<br><br><br><br><br>: JULY 30, 2014 |

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for Wells Fargo Bank, N.A., a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: July 30, 2014

                                                                  Gerald A. Gordon
                                                                  Hunt Leibert Jacobson, P.C.
                                                                  50 Weston Street, Hartford, CT 06120
                                                                  (860) 808-0606
                                                                  Federal Bar No. CT 27802

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance and Request for Notice was served via first class, postage prepaid mail and/or via ECF e-mail this 30th day of July 2014 to:

James T. Costello
408 Bar Harbor Rd.
Stratford, CT 06614
(Debtor)

Max L. Rosenberg
Rosenberg and Press, LLC
3333 Main Street
Suite 100
Stratford, CT 06614
(Debtor's Attorney)

Roberta Napolitano
350 Fairfield Avenue
Bridgeport, CT 06601
(Trustee)

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

By /s/ Gerald A. Gordon
Gerald A. Gordon Esq.
Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120
(860) 808-0606
Fed Bar No. CT 27502